# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LUIS AVALOS,<br><br>        Petitioner,<br>    v.<br><br>DEBRA DEXTER, Warden,<br><br>        Respondent. | Case No. EDCV 08-0674-DDP (JTL)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus in this action is dismissed with prejudice.

DATED: November 20, 2009

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE